| | | |
|---|---|---|
| CAJUN CONTI LLC, CAJUN CUISINE 1 LLC, AND CAJUN CUISINE LLC D/B/A OCEANA GRILL | * | NO. 2021-CA-0343 |
| | * | COURT OF APPEAL |
| | * | FOURTH CIRCUIT |
| VERSUS | | |
| | * | STATE OF LOUISIANA |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND GOVERNOR JOHN B. EDWARDS IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF LOUISIANA, AND THE STATE OF LOUISIANA | * | |
| | * | |
| | * * * * * * * | |

**LOBRANO, J., CONCURS AND ASSIGNS REASONS**

I respectfully concur. I find that this Court is bound by its holding in *Widder v. Louisiana Citizens Prop. Ins. Corp.*, 11-0196, p. 4 (La. App. 4 Cir. 8/10/11), 82 So.3d 294, 296, *writ denied*, 11-2336 (La. 12/2/11), 76 So.3d 1179. Thus, I would also reverse the judgment of the district court and hold that coverage exists as a result of COVID-19 contamination.